UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TYRA S. MCKINNEY,

        Plaintiff,                         No. 13-11456

vs.                                        Hon. Gerald E. Rosen

CORIZON HEALTH, INC., et al.,

        Defendant.
_____/

ORDER DENYING PLAINTIFF'S
MOTION TO COMPEL

  At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on October 02, 2013

      PRESENT:   Honorable Gerald E. Rosen
                           United States District Chief Judge

On July 12, 2013, Plaintiff served upon Defendants her Requests for Production of Documents. Defendants timely responded to Plaintiff's Requests on August 12, 2013. However, Plaintiff deemed Defendants' Responses to be "less than sufficient," and, therefore, on August 19, 2013, so notified Defendants. No motion to compel more complete answers, however, was filed until September 26, 2013.

The Scheduling Order governing this action was issued on June 12, 2012. The Scheduling Order explicitly provides:

> All motions to compel disputed discovery or for protective orders, including deposition objections, ***must be filed within 14 days of receipt or notice of such disputed discovery***. This includes discovery not received on the date it is due. The Court will not entertain such motions beyond this

time absent some extraordinary showing of good cause.

Plaintiff's motion to compel in this case was not filed until more than a month after receipt of the disputed responses. As no good cause has been shown for Plaintiff's tardy motion,

IT IS HEREBY ORDERED that Plaintiff's Motion to Compel **[Dkt. # 25]** is DENIED.

s/Gerald E. Rosen
Chief Judge, United States District Court

Dated: October 2, 2013

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 2, 2013, by electronic and/or ordinary mail.

s/Julie Owens
Case Manager, (313) 234-5135