UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TYRA S. McKINNEY,

        Plaintiff,                                         No. 13-11456

v.                                              District Judge Gerald E. Rosen
                                                    Magistrate Judge R. Steven Whalen

CORIZON HEALTH, INC., ET AL.,

        Defendants.
_____/

**ORDER**

For the reasons and under the terms stated on the record on March 27, 2014, Plaintiff's motion to compel compliance with non-party subpoena [Doc. #47] is GRANTED.

Non-party Michigan Department of Corrections ("MDOC") will produce the requested medical records of the eleven inmates identified by counsel within ten days of the date of this Order. The records shall be redacted to exclude the inmates' names, MDOC numbers, addresses, Social Security numbers, or any other identifying information. In addition, production of the records shall be subject to the terms of the protective order submitted as Exhibit A to the MDOC's response [Doc. #55].[1]

        IT IS SO ORDERED.

Dated: March 28, 2014                 s/ R. Steven Whalen
                                                   R. STEVEN WHALEN
                                                   UNITED STATES MAGISTRATE JUDGE

I hereby certify that a copy of the foregoing document was sent to parties of record on March 28, 2014, electronically and/or by U.S. Mail.

                                                   s/Michael Williams
                                                   Case Manager for the
                                                   Honorable R. Steven Whalen

---

[1] The Court will enter that protective order separately.